JOHN H. ZOLLER, Respondent, v. DORA M. ZOLLER, Appellant.— Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ. [See post, p. 986.]

WATCHTOWER BIBLE & TRACT SOCIETY, INC., Appellant, v. TOWN OF LANSING OF THE COUNTY OF TOMPKINS, Respondent, Impleaded with Others.— Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

(December 29, 1942.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN CAMPBELL, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

EARL RANFT, as Executor of LOUISE P. RANFT, Deceased, Plaintiff, v. NATIONAL ASSOCIATES, INC., et al., Defendants.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of THOMAS MURPHY. THE UNITY LIFE AND ACCIDENT INSURANCE ASSOCIATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ., concur.